No. 90–6287.   DICKINSON v. COMMUNITY BANK ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 90–6289.   ARMSTRONG v. FRANK, POSTMASTER GENERAL. C. A. 8th Cir.   Certiorari denied.

No. 90–6296.   SATTERWHITE v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 90–6301.   SHAW v. PETERS, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 90–6302.   SANDLIN v. ELLIS.   C. A. 8th Cir.   Certiorari denied.

No. 90–6304.   RICKABAUGH v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–6313.   GANEY v. WILSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–6314.   SHERRILLS v. KEREK ET AL.   C. A. 6th Cir. Certiorari denied.

No. 90–6320.   VARGAS v. MULL ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 90–6322.   SPARKS v. SMITH ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 90–6323.   DIAZ v. MILES, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–6326.   HENTHORN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.   C. A. D. C. Cir.   Certiorari denied.

No. 90–6336.   VEALE ET AL. v. NEW HAMPSHIRE.   C. A. 1st Cir.   Certiorari denied.

No. 90–6339.   JOHNSON v. LANE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–6344.   DODSON v. PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.